1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11   DONNIE ROBINSON,                    1:03-cv-05859-OWW-DLB-P

12              Plaintiff,         **ORDER ADOPTING FINDINGS AND
                                   RECOMMENDATIONS** (Doc. 58)
13   vs.
                                   **ORDER GRANTING MOTION TO
14   ADAM DENNIS, et al.,          DISMISS** (Doc. 47)

15              Defendants.        **ORDER CONCLUDING ENTIRE ACTION**
     _____/

16

17       Plaintiff, Donnie Robinson ("plaintiff"), a state prisoner

18   proceeding pro se and in forma pauperis, has filed this civil

19   rights action seeking relief under 42 U.S.C. § 1983.  The matter

20   was referred to a United States Magistrate Judge pursuant to 28

21   U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

22       On January 31, 2006, the Magistrate Judge filed Findings and

23   Recommendations herein which were served on the parties and which

24   contained notice to the parties that any objections to the

25   Findings and Recommendations were to be filed within thirty (30)

26   days.  To date, the parties have not filed objections to the

27   Magistrate Judge's Findings and Recommendations.

28   //

                                   1

1    In accordance with the provisions of 28 U.S.C.

2 § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a

3 <u>de novo</u> review of this case.  Having carefully reviewed the

4 entire file, the Court finds the Findings and Recommendations to

5 be supported by the record and by proper analysis.

6    Accordingly, IT IS HEREBY ORDERED that:

7    1.   The Findings and Recommendations, filed January 31,

8 2006, are ADOPTED IN FULL;

9    2.   Defendants' motion to dismiss, filed May 18, 2005, is

10 GRANTED; and,

11    3.   This action is therefore CONCLUDED in its entirety.

12 IT IS SO ORDERED.

13 **Dated:    March 13, 2006           _____/s/ Oliver W. Wanger_____**
   emm0d6                         UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2